■ In the Matter of the COUNTY OF WESTCHESTER, Appellant, v. MARGARET DILLIARD et al., Respondents.— Motion by respondents Dilliard, Emil and First Sterling Corporation to dismiss appeal. Motion denied, with leave to renew on the argument of the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ In the Matter of the COUNTY OF WESTCHESTER, Appellant, v. EMILY W. LEVEY et al., Respondents.— Motion by respondents Levey and Midwest Realty Corp. to dismiss appeal. Motion denied, with leave to renew on the argument of the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ LOUISE A. BRADLEY, Individually and as a Stockholder of East Williston Shopping Center, Inc., Appellant, v. EAST WILLISTON SHOPPING CENTER, INC., et al., Respondents, et al., Defendant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HARVEY HERMAN, an Infant, by His Guardian ad Litem, AARON HERMAN, et al., Appellants, v. OHRBACH'S, INC., Respondent, et al., Defendant.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld and Christ, JJ., concur.

■ LORRAINE LORDIGYAN, Respondent, v. HAIG LORDIGYAN, Appellant.— Motion by appellant to discontinue his pending appeal from judgment of separation, granted; appeal discontinued, without costs. Motion by appellant for stay of enforcement of said judgment and of a subsequent order adjudging him in contempt, denied without prejudice to an application for such stay at Special Term, if appellant be so advised. Cross motion by respondent for an allowance of counsel fee for services rendered by her counsel on these motions, denied without prejudice to an application for such allowance at Special Term, if respondent be so advised. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ DANDY MATTRESS CORPORATION, Appellant, v. NEWS SYNDICATE CO. INC., Defendant, and MASTERS, INC., et al., Respondents.— On the call of the calendar, oral motion by respondents to dismiss appeal granted, without costs; appeal dismissed. Appellant failed to comply with an order of this court, dated December 13, 1961, requiring it to perfect its appeal for the February 1962 Term. Oral motion by appellant, made on calendar call, to withdraw appeal, denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ MICHAEL P. HENNESSY, Individually and as a Stockholder of BEACON HILL REALTY CORPORATION, Appellant, v. BEACON HILL MANOR, INC., et al., Respondents. (Action No. 1.) MICHAEL P. HENNESSY, Appellant, v. ELMIRE L. DURING et al., Respondents. (Action No. 2.)— Motion by respondents to dismiss the appeal insofar as it affects Action No. 2. Motion denied, with leave to renew on the argument of the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ NAJEAN BUILDERS, INC., Appellant, v. HARBOR BAY REALTY Co et al., Respondents.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.